BRIAN J. STRETCH (CABN 163973)
United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

MATTHEW L. McCARTHY (CABN 217871)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6838
    FAX: (415) 436-7349
    Matthew.McCarthy@usdoj.gov

Attorneys for United States of America

**FILED**

JUL 27 2016

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 14-00134 CRB |
| Plaintiff, | NOTICE OF DISMISSAL |
| v. | |
| MARCOS NUNEZ-AYON, | |
| Defendant. | |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above indictment without prejudice.

DATED:    7-26-2016

Respectfully submitted,

BRIAN J. STRETCH
United States Attorney

MATTHEW L. McCARTHY
Deputy Chief, OCDETF Section

NOTICE OF DISMISSAL (CR 14-00134 CRB)

1   Leave is granted to the government to dismiss the indictment.

Date: July 27, 2016

CHARLES R. BREYER
United States District Judge

NOTICE OF DISMISSAL (CR 14-00134 CRB)